1  EILEEN M. DECKER
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   URMILA R. TAYLOR, CSBN 234655
4  Special Assistant United States Attorney
5        Social Security Administration, Region IX
6        160 Spear Street, Suite 800
7        San Francisco, CA 94105
         Tel.: (415) 977-8958
8        Facsimile: (415) 744-0134
9        Email: urmila.taylor@ssa.gov
10 Attorneys for Defendant

JS-6

11               UNITED STATES DISTRICT COURT
12               CENTRAL DISTRICT OF CALIFORNIA
13

14 DONNA K. VANDERCOOK,              ) No. 2:15-cv-02301-SJO-JCG
                                     )
15                                   )
16       Plaintiff,                  )
                                     )
17       v.                          ) **JUDGMENT**
                                     )
18 CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security,  )
19                                   )
20       Defendant.                  )
21 _____  )

22       IT IS HEREBY ADJUDGED that the decision of the Commissioner of the
23 Social Security Administration is reversed and the matter is remanded for further
24 administrative proceedings consistent with the Remand Order filed concurrently
   herewith.
25

26
27 DATED: October 23, 2015          _____
                                     HON. JAY C. GANDHI
28                                   UNITED STATES MAGISTRATE JUDGE