1  Monica Perales
   Attorney at Law: 297739
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Donna K. Vandercook

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DONNA K. VANDERCOOK, | ) Case No.: 2:15-cv-02301-SJO-JCG |
| Plaintiff, | ) |
| | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| CAROLYN W. COLVIN, Acting | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

17

        Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

        IT IS ORDERED that fees and expenses in the amount of $4,000.00 as

authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:    January 19, 2016

        _____
        THE HONORABLE JAY C. GANDHI
        UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ *Monica Perales*
   _____
4  Monica Perales
   Attorney for plaintiff Donna K. Vandercook
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26